UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 13-cv-57-DLB

PHILIPPE GEORGEL                                                                    PLAINTIFF

vs.

PLAINTIFF'S MOTION TO EXCLUDE
EXPERT WITNESS ALFRED CIPRIANI

WAYNWRIGHT PREECE, ET AL.                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOW COMES the Plaintiff, by counsel, Michael C. Walker and Cyrus, Adkins & Walker, pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, and moves this Court to enter an Order excluding the testimony of Alfred Cipriani, an expert witness identified by State Farm Mutual Automobile Insurance Company, as more fully set forth in the Memorandum of Law filed contemporaneously with this motion.

PHILIPPE GEORGEL

BY COUNSEL

/s/ Michael C. Walker
Michael C. Walker
CYRUS, ADKINS & WALKER
Attorneys and Counselors at Law
636 Fourth Avenue
Huntington, WV 25701
Phone:   (304) 522-9593 / 1-888-873-4423
Facsimile: (304) 522-9596
mcwalker@cyrusandadkins.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 13-cv-57-DLB**

**PHILIPPE GEORGEL**                                                      **PLAINTIFF**

**VS.**                      <u>**CERTIFICATE OF SERVICE**</u>

**WAYNWRIGHT PREECE, ET AL.**                    **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The undersigned certifies that on the 3rd day of November, 2014, the foregoing ***Plaintiff's Motion to Exclude Expert Witness Alfred Cipriani*** was presented to the Clerk of Courts for filing and uploading to the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Perry W. Oxley
Anspach Meeks Ellenberger LLP
517 Nine Street, Suite 1000
Huntington, WV 25701
poxley@anspachlaw.com
*Counsel for State Farm*

/s/ Michael C. Walker
Michael C. Walker
CYRUS, ADKINS & WALKER
Attorneys and Counselors at Law
636 Fourth Avenue
Huntington, WV 25701
Phone: (304) 522-9593 / 1-888-873-4423
Facsimile: (304) 522-9596
mcwalker@cyrusandadkins.com